IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM BRANDAL,

    Plaintiff,

v.

    Case No. 2:09-cv-680
    JUDGE SARGUS
    MAGISTRATE JUDGE DEAVERS

COLUMBUS CITY SCHOOL
DISTRICT, et al.,

    Defendants.

## ORDER

Presently before the Court are Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment (Doc. 66), Plaintiff's Motion to Strike the Defendants' Motion for Summary Judgment (Doc. 67), and Defendants' Motion to Substitute Document (Doc. 70).

The Court **GRANTS** Defendants' Motion to Substitute Document and accordingly **DISMISSES** Plaintiff's motion to strike as moot. Further, the Court **GRANTS** Plaintiff's motion for an extension of time to respond to Defendants' motion for summary judgment. Plaintiff shall have until May 2, 2011 to file his response.

**IT IS SO ORDERED**

\_\_3-29-2011_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**