AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM BRANDAL,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

CASE NO. C2-09-680

**COLUMBUS CITY SCHOOL DISTRICT, et al.,**

JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E. A. PRESTON DEAVERS

       **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 17, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 17, 2011                       JAMES BONINI, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk